LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LORALEN CONNER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　Defendant. | No.  EDCV 16 – 0485 AGR<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SIXTY AND 34/100 ($2,060.34) subject to the terms of the stipulation.

DATE: January 3, 2017   _____
　　　　　　　　　　　　　　　HON. ALICIA G. ROSENBERG,
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-